RALPH A. IRISH, Respondent, v. CHARLES B. SULLIVAN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for

wrongful conversion of farm chattels.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.